JS-6
Enter



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY SDM       DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| GUADALUPE RODRIGUEZ, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, U.A.W., AFL-CIO; LOCAL NO. 509; BILL MAHONEY; JAMES PEREZ; FRED FRUEH; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. SA CV 06-1134 AHS (RNBx) <br><br> **JUDGMENT** |

This matter came on before the United States District Court, Central District of California, Southern Division, before the Honorable Alicemarie H. Stotler, District Judge, on Defendants' Motion for Summary Judgment, Or In The Alternative, Summary Adjudication. The matter having been fully considered and the issues having been duly adjudicated,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Pursuant to Fed. R. Civ. Proc. 56, Defendants are entitled to a judgment as a matter of law.
2. Defendants shall receive their costs of suit.

DATED: April 28, 2008

**ALICEMARIE H. STOTLER**
HON. ALICEMARIE H. STOTLER
Judge of the United States District Court

PRESENTED BY:

ROBERT M. DOHRMANN (33365)
SHIRLEY A. LEE (203683)
SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
6300 Wilshire Boulevard, Suite 2000
Los Angeles, California 90048-5268
Telephone: (323) 655-4700
Facsimile: (323) 655-4488
e-mail: rmd@ssdslaw.com

Attorneys for Defendants, INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA–UAW, LOCAL NO. 509, BILL MAHONEY, JAMES PEREZ and FRED FRUEH

1

POD.MTNFSJ.SAL.600.16198.033108    [PROPOSED] ORDER AND JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION